UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 3rd day of May, two thousand and twelve,

_____

| | |
|---|---|
| Patrick Cariou, | **ORDER** |
| Plaintiff - Appellee, | Docket Number: 11-1197 |
| v. | |
| Richard Prince, | |
| Defendant - Appellant, | |
| Gagosian Gallery, Inc., Lawrence Gagosian, | |
| Defendants - Cross - Defendants - Appellants. | |

_____

IT IS HEREBY ORDERED that the motion for oral argument on behalf of Amicus Curiae The Andy Warhol Foundation for Visual Arts is DENIED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

